UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF AMERICA,<br><br>                    Plaintiff,<br><br>           - against -<br><br>STARR INDEMNITY & LIABILITY COMPANY,<br><br>                    Defendant. | **ORDER**<br><br>21 Civ. 6660 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

This matter has been reassigned from Judge Nathan to this Court.

The status conference currently scheduled for April 29, 2022 is adjourned to **May 5, 2022 at 11:45 a.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, New York, New York.

Although an initial pre-trial conference has already taken place before Judge Nathan, in light of the reassignment to this Court and the filing of Plaintiff's Amended Complaint, by **April 28, 2022**, the parties will file a joint letter and revised proposed case management plan in accordance with Rule VII(B) of this Court's Individual Rules of Practice. The parties' joint letter will include: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions at this time; and (3) the prospect for settlement.

Dated: New York, New York
       April 13, 2022

SO ORDERED.

*Paul␣Gardephe*

Paul G. Gardephe
United States District Judge