# REID & ASSOCIATES

| | | |
|---|---|---|
| AMY C. GROSS, ESQ<br>Admitted in NJ and NY | MAILING ADDRESS:<br>P.O. BOX 2996<br>HARTFORD, CT 06104-2996 | Direct Dial: 917-778-6462<br>Email: ACGROSS@TRAVELERS.COM |

TELEPHONE: 917-778-6680
FACSIMILE: 844-571-3789

**Memo Endorsed:** The status conference scheduled for June 2, 2022 is adjourned to July 7, 2022 at 10:15 a.m. in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

_/s/ Paul G. Gardephe_
Paul G. Gardephe
United States District Judge
Dated: June 1, 2022

BY ECF:

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re: **The Travelers Indemnity Company of America v. Starr Indemnity & Liability Company**
Case Number: 21-cv-06660-PGG

Dear Judge Gardephe:

This firm represents the plaintiff, The Travelers Indemnity Company of America ("Travelers"), in the above referenced matter. I write with the permission of Defendant Starr Indemnity & Liability Company ("Starr") to request a one-month adjournment of the status conference in this matter, currently scheduled for June 2, 2022. Counsel are available for a rescheduled conference on July 7 or July 28, 2022. The reason for the requested adjournment is that the parties are finalizing the details of an anticipated settlement, including payment of past defense fees, and hope to have such settlement finalized within the next few weeks, which would obviate the need for further litigation. Counsel for Starr consents to and joins in this request.

Very truly yours,

/s/ Amy C. Gross

Amy C. Gross

Cc: Andrew I. Mandelbaum (by ECF)

---

*Not a Partnership or Professional Corporation. All attorneys are Employees of The Travelers Indemnity Company and its Property Casualty Affiliates.*

| CONNECTICUT OFFICE:<br>ONE TOWER SQUARE<br>MS04A-0000<br>HARTFORD, CT 06183 | NEW YORK OFFICE:<br>485 LEXINGTON AVENUE<br>7TH FLOOR<br>NEW YORK, NY 10017 | PENNSYLVANIA OFFICE:<br>10 SENTRY PARKWAY<br>SUITE 300<br>BLUE BELL, PA 19422 | CALIFORNIA OFFICE:<br>401 LENNON LANE<br>SUITE 125<br>WALNUT CREEK, CA 94598 |
|---|---|---|---|