# USERY & ASSOCIATES

| | | |
|---|---|---|
| AMY C. GROSS, ESQ<br>Admitted in NJ and NY | **MAILING ADDRESS:**<br>**P.O. BOX 2996**<br>HARTFORD, CT 06104-2996 | Direct Dial: 917-778-6462<br>Email: ACGROSS@TRAVELERS.COM |

TELEPHONE: 917-778-6680
FACSIMILE: 844-571-3789

**Memo Endorsed:** The conference currently scheduled for July 7, 2022 is adjourned to August 18, 2022 at 11:30 a.m. in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

BY ECF:

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

SO ORDERED.

_/s/ Paul G. Gardephe_
Paul G. Gardephe
United States District Judge
Dated: July 6, 2022

**Re:** The Travelers Indemnity Company of America v. Starr Indemnity & Liability Company
Case Number: 21-cv-06660-PGG

Dear Judge Gardephe:

This firm represents the plaintiff, The Travelers Indemnity Company of America ("Travelers"), in the above referenced matter. I write with the permission of Defendant Starr Indemnity & Liability Company ("Starr") to request an adjournment of the status conference in this matter, currently scheduled for July 7, 2022. Counsel are available for a rescheduled conference on August 8, August 11, or August 18, 2022. The reason for the requested adjournment is that the parties are finalizing the details of an anticipated settlement, including payment of past defense fees, and hope to have such settlement finalized within the next few weeks, which would obviate the need for further litigation. Counsel for Starr consents to and joins in this request.

Very truly yours,

/s/ Amy C. Gross

Amy C. Gross

Cc: Andrew I. Mandelbaum (by ECF)

*Not a Partnership or Professional Corporation. All attorneys are Employees of The Travelers Indemnity Company and its Property Casualty Affiliates.*

| CONNECTICUT OFFICE:<br>ONE TOWER SQUARE<br>MS04A-0000<br>HARTFORD, CT 06183 | NEW YORK OFFICE:<br>485 LEXINGTON AVENUE<br>7TH FLOOR<br>NEW YORK, NY 10017 | PENNSYLVANIA OFFICE:<br>10 SENTRY PARKWAY<br>SUITE 300<br>BLUE BELL, PA 19422 | CALIFORNIA OFFICE:<br>401 LENNON LANE<br>SUITE 125<br>WALNUT CREEK, CA 94598 |
|---|---|---|---|