# USERY & ASSOCIATES

AMY C. GROSS, ESQ
Admitted in NJ and NY

MAILING ADDRESS:
P.O. BOX 2996
HARTFORD, CT 06104-2996

Direct Dial: 917-778-6462
Email: ACGROSS@TRAVELERS.COM

TELEPHONE: 917-778-6680
FACSIMILE: 844-571-3789

August 15, 2022

BY ECF:

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re: **The Travelers Indemnity Company of America v. Starr Indemnity & Liability Company**
Case Number: 21-cv-06660-PGG

Dear Judge Gardephe:

This firm represents the plaintiff, The Travelers Indemnity Company of America ("Travelers"), in the above referenced matter. I write with the permission of Defendant Starr Indemnity & Liability Company ("Starr") to request an adjournment of the status conference in this matter, currently scheduled for August 18, 2022. Counsel are available for a rescheduled conference on September 15, September 22, or September 29, 2022. The reason for the requested adjournment is that the parties are finalizing an anticipated settlement, including payment of past defense fees, and hope to have such settlement finalized within the next few weeks, which would obviate the need for further litigation. Counsel for Starr consents to and joins in this request.

**Memo Endorsed:** The conference currently scheduled for August 18, 2022 is adjourned to September 22, 2022 at 11:00 a.m. in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

Very truly yours,

/s/ Amy C. Gross

Amy C. Gross

SO ORDERED.

_/s/ Paul G. Gardephe_
Paul G. Gardephe
United States District Judge
Dated: August 17, 2022

| CONNECTICUT OFFICE:<br>ONE TOWER SQUARE<br>MS04A-0000<br>HARTFORD, CT 06183 | NEW YORK OFFICE:<br>485 LEXINGTON AVENUE<br>7TH FLOOR<br>NEW YORK, NY 10017 | PENNSYLVANIA OFFICE:<br>10 SENTRY PARKWAY<br>SUITE 300<br>BLUE BELL, PA 19422 | CALIFORNIA OFFICE:<br>401 LENNON LANE<br>SUITE 125<br>WALNUT CREEK, CA 94598 |
|---|---|---|---|